In the Matter of NEW YORK WATER SERVICE CORPORATION, Appellant, against WATER POWER AND CONTROL COMMISSION OF THE STATE OF NEW YORK, Respondent. CITY OF NEW YORK et al., Interveners, Respondents.

Argued June 20, 1939; decided July 11, 1939.

*George R. Fearon* and *M. Harold Dwyer* for appellant.

*John J. Bennett, Jr., Attorney-General (Timothy F. Cohan* and *Henry Epstein* of counsel), for Water Power and Control Commission, respondent.

*James L. Dowsey, County Attorney (Marcus G. Christ* and *John Mowat Mitchell* of counsel), for County of Nassau, intervener, respondent.

Order affirmed, with costs. Motion to dismiss appeal denied. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.